UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-CR-00242 |
| v. | ) | Judge Campbell |
| | ) | |
| WEST, DIANA, et al. | ) | |

MOTION TO DISMISS INDICTMENT

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, moves this Court to dismiss the Indictment against Diana West, which indictment was filed on December 2, 2009. Diana West was charged in that Indictment in Count One (Conspiracy to Commit Sex Trafficking of Children, in violation of 18 U.S.C. § §371, 1591(a)) and in Count Five (Sex Trafficking of Children, in violation of 18 U.S.C. § 1591(a)(1) & (b)(2)). Docket Entry #82. On August 18, 2011, Diana West pleaded guilty to Promoting Prostitution, in violation of Tenn. Code Ann. §39-13-515, in the Criminal Court of Davidson County. This plea was based on the same set of facts that are the basis for the charges in the Indictment in the above styled case. Wherefore, the government respectfully asks that the Indictment against Walker be dismissed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to George Travis Hawkins, on this, the 8th day of September, 2011.

s/ S. Carran Daughtrey
S. Carran Daughtrey

2

Case 3:09-cr-00242   Document 307   Filed 09/08/11   Page 2 of 2 PageID #: 2349